THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-cv-287-FL

| | |
|---|---|
| JAMES K. PENDERGRASS, JR. ESCROW AGENT, <br><br> Interpleader, <br><br> v. <br><br> DONALD SULLIVAN a/k/a JAMES D. SULLIVAN and THE UNITED STATES OF AMERICA <br><br> Defendants. | ORDER ON MOTION FOR SUMMARY JUDGMENT AND TO DISBURSE THE INTERPLED FUNDS |

Upon consideration of the United States' Motion for Summary Judgment and to Disburse the Interpled Funds, and opposition thereto, and after fully considering the matter, the Court concludes that the motion should be granted.

Accordingly, it is ORDERED:

1. The United States' motion for summary judgment is granted.

2. The Clerk of the Court shall distribute the funds deposited with the Court in connection with this action, plus interest accrued thereafter, if any, as follows:

3. The United States of America shall receive $45,000, plus any additional interest accrued thereon after the money was deposited with the Court, by check made payable to UNITED STATES TREASURY, and sent to the following address:

> U.S. Dept. of Justice
> ATTN: TAXFLU
> P.O. Box 310
> Washington, D.C. 20044

via regular U.S. first class mail.

4. The parties' liens are preserved, if not satisfied in full following disbursement of the aforementioned interpled funds.

5. This action shall be adjudged complete, and final judgment shall be entered, each party to bear its own costs and expenses, including attorney's fees.

IT IS SO ORDERED.

Date:  Janaury 20, 2015                    _____
                                                      UNITED STATES DISTRICT JUDGE