UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| JAMES K. PENDERGRASS, JR., Escrow Agent, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| DONALD SULLIVAN, also known as James D. Sullivan and UNITED STATES OF AMERICA, | ) ) ) ) ) | No. 5:14-CV-287-FL |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the United States' Motion for Summary Judgment and to Disburse the Interpled Funds.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 20, 2015, and for the reasons set forth more specifically therein, that the United States' motion for summary judgment is granted. The United States of America shall receive the interpled funds in the amount of FORTY-FIVE THOUSAND and NO/100 DOLLARS ($45,000.00), plus any additional interest accrued thereon under the terms prescribed in the court's order.

**This Judgment Filed and Entered on January 20, 2015, and Copies To:**

James K. Pendergrass, Jr. (via CM/ECF Notice of Electronic Filing)
Lee Perla (via CM/ECF Notice of Electronic Filing)
Donald Sullivan (via U.S. Mail) PO Box 441, Atkinson, NC 28421


January 20, 2015                         JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk